UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN DOE #058, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:24-cv-00025 |
| | ) |
| WILLIAM LEE, Governor of the State | ) |
| of Tennessee, in his official capacity, and | ) |
| DAVID RAUSCH, Director of Tennessee | ) |
| Bureau of Investigation, in his official | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. No. 18). Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE